# United States District Court
# For The Western District of North Carolina
# Asheville Division

CASEY DILLON WOOD,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                      CIVIL CASE NO. 1:11cv209
                                          [Criminal Case No. 1:06c5]

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/3/2011 Order.

                                                Signed: November 3, 2011

Frank G. Johns, Clerk
United States District Court